thomas-4d

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

**KENNETH MICHAEL THOMAS**
_____, Plaintiff,

v.

Analaura lenz Denver health hospital (Paramedic)
_____,

Connie Price Denver health hospital (Chief medical officer)
_____,

Jacob Wolford (badge#16029) Denver Police Department
_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

## PRISONER COMPLAINT

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2021

JEFFREY P. COLWELL
CLERK

(Rev. 1/30/07)

THOMAS 4D

## A. PARTIES

1. Kenneth Michael Thomas #355119 P.O. Box 1108 Denver, Colorado 80201

   (Plaintiff's name, prisoner identification number, and complete mailing address)

2. Analaura lenz (paramedic, Denver Health Hospital) 601 Broadway Denver, Colorado 80204

   (Name, title, and address of first defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? XX Yes  —No (CHECK ONE). Briefly explain your answer:
   Analaura lenz was working as a (Denver Health Hospital Paramedic) on September 13th 2019

3. Connie Price (Chief Medical Officer, Denver Health Hospital) 301 W. 8th ave. Denver, CO. 80204

   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? XX Yes  —No (CHECK ONE). Briefly explain your answer:
   Connie Price C.M.O. Of Denver Health Hospital employs Analaura lenz as Paramedic who practices policy maintained by Connie Price on September 13th, 2019

4. Denver Police Officer Jacob Wolford #16029 1566 Washington st. Denver, CO. 80203

   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? XX Yes  —No (CHECK ONE). Briefly explain your answer:
   Denver Police Officer Jacob Wolford #16029 was working as cover officer on September 13th, 2019 and was aboard the ambulance #51 during the time of Constitutional Violation

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                      2

**THOMAS 4D**                    **B. JURISDICTION**

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    XX   28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ___  28 U.S.C. § 1331 and **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any): (Pre-trial detainee) not Convicted.

___

___

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

**(ADMINISTRATION OF VOLUNTARY MEDICATION)**

On September 13th, 2019 Denver Police officer Jacob Wolford (badge#16029) responded as a cover officer on 17th and Tremont Street Denver,Colorado. I was arrested for a warrant for "disturbing the peace" I was tackled and taken to the ground, scraping my head on pavement, along with (possible) neck and shoulder injury. A ambulance from Denver health hospital arrived (ambulance #51). I was immediately loaded on the 'pram, tightly secured with handcuffs and 'Velcro, lifted and placed inside the ambulance. Once inside, the Denver police officer Jacob Wolford joined inside the ambulance with me. Then I seen the Denver health hospital (paramedic) Analaura lenz with a syringe' I said I'm refusing IV fluids" she told me to "Cooperate or she would sedate me! I explained to her "that's my Constitutional right to "refuse IV fluids" during this conversation with analaura lenz (Denver health hospital paramedic) "as she is sitting directly 'behind the top of my head' as I'm laying down "fully restrained" from moving a muscle. Denver police officer Jacob Wolford (badge#16029) is sitting on my (right side) where my wrists a bound with Velcro, there's another (Paramedic) 'female Hispanic women' standing on my (left side), kinda crouched over "slightly, 'where my ankles were secured with Velcro.
As the female Denver health hospital paramedic (analaura lenz) "disregards my Constitutional rights" to be secure in my bodily integrity, as I have already told her several times' I refuse to be administered IV fluids. Analaura lenz Denver health hospital paramedic in ambulance #51, who was a first responder to the call made by Denver police officer Jacob wolford (badge#16029) at 17th and Tremont street in Denver, Colorado on September 13th, 2019 at 6:04pm. Denver health hospital paramedic analaura lenz was acting pursuant to, a unconstitutional custom or policy of Denver Health hospital that was promulgated and the means by which analaura lenz used that policy to administer IV fluids to me, as
   I expressed a desire not to receive medical treatment (that is, the IV fluids); and analaura lenz refused to honor that request and administered the fluids over my objection causing the constitutional violation. *See e.g. Hollingsworth v. Hill*, 110 F.3d 733, 742 (10th Cir.1997).

(Rev. 1/30/07)                                    3

Case No. 1:21-cv-02519-RM-NRN   Document 1   filed 09/15/21   USDC Colorado   pg 4 of 16

## C. NATURE OF CASE (CONTINUED)

C. ANALAURA LENZ makes a statement to Denver Police ofcr. (pg. 12 of 15)

Her Attempts to Justify her physical and mental abuse, is obviously a lie for the Courts Record there are (2) BWC Video Footage of me being fully Restrained with cuffs AND velcro (prior to being lifted into the Ambulance), I'm quite Harmless AND NOT Fighting trying to resist. That's Body worn Camera evidence to referance as (Exibit A)

ANA Lenz sitting directly behind the Top of my Head, HANDs ofcr. Jacob Wolford A syringe, I Refused IV Fluids, ANA Lenz went into a rage and USED A white folded Blanket to smother me with excessive force over my Nose and Mouth stoping me from Breathing! It Lasted 10-15 seconds, And She repeats Smothering me Again After letting me catch my Breath the ofcr. Wolford uses excessive force Holding my Head on Left ear for ANA Lenz to inject IV Fluid Neck

THOMAS-4D

# C. NATURE OF CASE

**B. Fed.R.Civ.P. 12(b)(6)**
Rule 12(b)(6) tests "the sufficiency of the allegations within the four corners of the complaint after taking those allegations as true." *Mobley v. McCormick*, 40 F.3d 337, 340 (10th Cir.1994). To survive a Rule 12(b)(6) motion, "this complaint pleads sufficient facts, taken as true, to provide 'plausible grounds' to survive.eg.(PICTURES of Kenneth Michael Thomas, with the (white blanket) used to smother me under my head, as I'm layed out with syringe 'stuck offensively in his neck. This analaura lenz as D.P.D. Officer jacob wolford (badge#16029) helped analaura lenz pressing' my head tightly' on my left ear, to be administered the IV fluids in my (jugular vein) very offensively, which caused the pain and swelling, nerve damage, nightmares, trust issues with Police and paramedics, Frankly,' I'm scared to death of the police and paramedics! Denver health hospital paramedic (analaura lenz) went into a "rage" because I objected to be administered IV fluids! This is how the Constitutional violation started. I believe Analaura lenz seeing Kenneth Michael Thomas is a black male (felt that I did not have 'any rights' to object to her policy of practicing administering IV fluids) "analaura lenz violated my 14th Amendment rights under the U.S. Constitution. My skin being 'colored" as I'm poor and on medicaid, and homeless" was enough reason to disregard my constitutional rights! My discovery (pictures, analaura lenz report of me not-cooperating with her attempts to administer the IV fluids, the face 'value alone of me being stuck up in the "neck, is a shock to the conscious" that real evidence is support to my allegations." *Shero v. City of Grove, Okla.*, 510 F.3d 1196, 1200 (10th Cir.2007) (citing *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "[P]lausibility referring to the scope of the allegations in this complaint: as they are "not so general that they encompass a wide swath of conduct, much of it very offensive, that I Kenneth Michael Thomas has] nudged [my] claims across the line from conceivable to plausible."

"My claim has facial plausibility that pleads factual content to allows the court to draw the reasonable inference that Denver health hospital paramedic Analaura lenz,Chief medical officer of Denver health hospital Ms.Connie Price and Denver police officer (badge#16029) Mr. Jacob Wolford are liable for the misconduct alleged, having factual enhancement" *Ashcroft v. Iqbal*, 556 U.S. 662, 677 (2009).

**THOMAS 4D**



# D. STATEMENT OF CLAIMS

### (bodily-integrity substantive due process claim)
**CLAIM ONE:**          **(ADMINISTRATION OF VOLUTARY MEDICATION) &**
*(Analaura lenz)*         **( DANGEROUSLY NEGLIGENT INVEASIVE MEDICAL CARE)**
*(Paramedic; for Denver Health hospital)*

   On September 13th, 2019 at 17th and Tremont St. in Denver Colorado I was tackled' being taken to the ground and placed under arrest by Denver police officer James Brooks badge#07030 on a warrant for Disorderly conduct,
I picked minor injuries during my arrest, but for my safety, I requested a ambulance for X-rays, a ambulance from Denver Health hospital was dispatched Arriving at 6:04pm.  A Denver police officer Jacob Wolford badge#16029 responded as cover officer to board the ambulance with me to Denver health hospital, The first responder paramedic on board was (Analaura lenz) who arrived in ambulance #51 from Denver health hospital.
   I was then loaded onto the pram' Fully restrained with Velcro wrist and ankle wraps, also with handcuff's on my wrist as well. Once inside the ambulance with Denver police officer Jacob wolford #16029 and 'paramedic analaura lenz, I seen analaura lenz pass a syringe to officer wolford,
   I said what are you going to do with that? He said he was also a paramedic" I said 'not today on me. I said; I am refusing any IV fluids" at that very moment (paramedic analaura lenz who is sitting directly behind the top of my head, (went into a 'rage") placed a white folded blanket over my face, and with her hands using pressure to suffocate and stop my "Breathing. This lasted 10-15 seconds.
   Once she let up for me to "Breath" I said to Denver police officer Jacob Wolford#16029 who is sitting next to my right hand, I said help, help me" he looked amused and did nothing.  Once again analaura lenz (paramedic) placed the white folded blanket over my face 'covering my nose and mouth with pressure from her hands for another 10-15 seconds. Then she let up so I could "Breath again.
   Analaura lenz then went directly to cutting off my pants. As I'm laid out on the pram fully restrained "helpless, officer Jacob Wolford #16029 pressed my head (sideways) on my left ear, with excessive force' so that analaura lenz can administer IV fluids "against my several competent objections,"refusing IV fluids." analaura lenz then injects the IV fluids in my "neck, causing me great pain and mental anguish. I was "terrorized" treated like a wild animal with no human dignity. (enclosed in this action is the offensive photographs) analaura lenz violated my Constitutional rights to be secure in my bodily integrity under the 14th Amendment. I repeated my refusal at the time of her conduct (several times)
   Analaura lenz also violated my Constitutional right under the 8th Amendment "not to be tortured with 'Cruel and unusual punishment by sticking a syringe offensively without 'regard of my human dignity' in my neck.Which has caused me much pain, mental anguish and paranoia mental health issues I'm now on medication for. Using the white blanket to smother me from "breathing, 10-15 seconds each of the two times analaura lenz inflicting that torture, also contributing to the 8th Amendment violation of the U.S. Constitution. That 'torture as well increased my mental health problems, I'm also currently being treated for. Analaura lenz was practicing the unconstitutional custom or policy that was promulgated by Denver health hospital chief medical officer Ms. Connie Price and the means by which that custom or policy caused the constitutional violation of "administering IV fluids to me in ambulance #51 against my wishes 'as I  clearly established my objections to having IV fluids administered to me, At the moment before the Constitutional violation occurred.  CoSee e.g. <u>Hollingsworth v. Hill, 110 F.3d 733, 742 (10th Cir.1997)</u>. Moving along to address the on-point cases to clearly establish the Constitutional 14th Amendment violation *See Granato v Denver health hospital, action no. 11-cv-00304-MSK-BNB. (2011). also,* <u>Cruzan v. Director, Missouri Dept. of Health</u> *Supreme Court of the United States June 25, 1990 497 U.S. 261 110 S.Ct. 2841* <u>Guertin v. State</u> *912 F.3d 907, 919.(6th Cir. Michigan) (2019).* <u>I have a Constitutional right to refuse to "cooperate being administered IV fluids at the time of her conduct offensively administering them in my neck, after she had just finished using that white blanket my head is laying on to smother me"</u>

THOMAS-4D

Connie Price" personal involvement causing due process violation; 8th 14th AMENDMENT

2. Claim Two: **ADMINISTRATION OF VOLUNTARY MEDICATION, Vio. Of bodily integrity (DANGEROUSLY NEGLIGENT INVASIVE MEDICAL CARE)**

Supporting Facts POLICY OF DENVER HEALTH HOSPITAL CHIEF MEDICAL OFFICER:

1.) Ms. Connie Price who maintained a custom or policy of encouraging or condoning unconstitutional actions by its employees, on September 13th 2019 at 17th street and Tremont street in Denver Colorado, ambulance #51 responded from Denver health hospital per request of the Denver Police Department. I was attended too and taken inside the ambulance (under arrest) for a warrant.

2.) I sustained minor injury from being tackled during arrest.

3.) D.P.D. Officer Jacob Wolford #16029 also was present inside the ambulance being taken to Denver health hospital.

4.) Analaura lenz was the paramedic who ▓▓▓▓ administer IV fluids, I refused to be administered voluntary medication (IV fluids).

5.) Analaura lenz suffocated me (two) times with the white blanket my head is seen laying on in these pictures.

6.) Analaura lenz used that white blanket to terrorize me" for refusing to cooperate by being administered IV fluids. Analaura lenz placed the white blanket over my face using pressure from her hands to stop my "Breathing" for 10-15 seconds each time. Analaura lenz then let up for me to breath and proceeded to cutting off my pants.

7.) Once analaura lenz finished cutting off my pants (analaura lenz forces my head to the side (on my left ear), along with D.P.D. Officer Jacob wolford #16029 assistance of excessive force.

8.) Analaura lenz Violates my clearly establish constitutional right to refuse the proffered treatment, that being IV fluids. Analaura lenz administered the IV fluids against my competent objection at the time of the constitutional violation. analaura lenz failure to honor my wishes violated that clearly established right at the moment of the Constitutional violation. Analaura lenz in her anger of my refusal to being administered IV fluids, Egregiously **administered the IV fluids in my neck.** Analaura lenz was maintaining the unconstitutional custom or policy to administer IV fluids against my wishes, That Chief Medical Officer Ms. Connie Price promulgated to cause the constitutional violation. *See e.g. Hollingsworth v. Hill*, 110 F.3d 733, 742 (10th Cir. 1997).

9.) I Kenneth Michael Thomas having told Denver health hospital paramedic analaura lenz several times "IM refusing to ▓▓▓▓ have IV fluids administered to me, that constitutional right was "clearly established" at the time of analaura lenz conduct. *Pearson v. Callahan*, 555 U.S. 223, 232, 129 S.Ct. 808, 172 L.Ed.2d 565 (2009).
   1. Granato v. City and County of Denver 11-cv-00304-MSK-BNB. *Cruzan v. Missouri Dept. of Health*, 497 U.S. 261, 269, 110 S.Ct. 2841, 111 L.Ed.2d 224 (1990) Guertin v. State 912 F.3d 907, 919. (2019).

10.) Denver health hospital chief medical officer Ms. Connie Price state of mind to continue that policy of violating my due process rights by deprivation of my protected liberty interest to be secure in my bodily integrity.

(Rev. 1/30/07)                                5

THOMAS 4D

### CLAIM THREE:
### (EXCESSIVE FORCE) (Dangerously negligent and invasive medical care,) and being deprived of liberty interest to be free from assault within meaning of due process clause while in DENVER "POLICE OFFICER JACOB WOLFORD #16029 CUSTODY" IN AMBULANCE #51

Supporting facts:

1.) on September 13th, 2019 I was arrested on a warrant at 17th and Tremont Street in Denver Colorado.
2.) D.P.D. Officer Jacob Wolford (badge#16029) requested a ambulance for me as I had minor injury's. I was loaded inside the ambulance and D.P.D. Officer Wolford #16029 also boarded as cover officer to ride along to Denver Health hospital. As I'm in officer wolfords#16029 custody under arrest.
3.) Denver health hospital ambulance #51 was the responding ambulance. Prior to being loaded into the ambulance #51, I was handcuffed to the gurney and Velcro straps were applied to my wrists and ankles, ('fully restrained')
4.) Denver health hospital (paramedic) analaura lenz was the responding paramedic. Once inside the ambulance paramedic analaura lenz was sitting directly behind my head, while officer wolford badge#16029 of the Denver police dept.was sitting next to my right hand (strapped and cuffed on the gurney bar). Another paramedic was on my left side. (name unknown at this time)
5.) Denver health hospital paramedic analaura lenz suddenly gave a syringe to D.P.D. Officer wolford#16029.. I said to officer J. wolford#16029 what are you going to do with that? He answered and said: he was also a paramedic too. I said not today (on me) I refused to have IV fluids administered, I explained; I'm refusing several times.
6.) Denver health hospital paramedic analaura lenz suddenly went into a "rage" over my refusing to have IV fluids injected into me. Ananlaura lenz takes a white folded blanket and covers my face with it and then using her hands with excessive force she blocks my nose and mouth "stopping my Breathing" this torture lasts 10-15 seconds.
7.) I start crying and asked D.P,D. Officer Jacob wolford (badge#16029) to help me" D.PD. Officer wolford #16029 looks at me 'amused and smiling. He just sits there watching analaura lenz repeat herself, placing the white folded blanket over my face again, and use excessive force with her hands to stop my Breathing. This lasts10-15 seconds.
8.) Once paramedic analaura lenz stops smothering me, she begins cutting off my pants. Then analaura lenz request's D.P.D. Officer J. wolford #16029 to help her (D.P.D. Officer J. wolford #16029 starts pressing down on my head (sideways on my left ear) with excessive force"assisting paramedic analaura lenz to inject the IV fluids in my neck" (against my refusal in the moment before analaura lenz (violated my constitutional right to bodily integrity under the fourteenth Amendment) D.P.D. Officer J. wolford badge #16029 assisted analaura lenz in doing so, caused major pain and swelling in my neck (bruised; red, purple and blue). Upon waking up from being "traumatized" I felt so Violated!
9.) D.P.D. Officer J. Wolford badge #16029 acted as medical-emergency responders," causing me to receive **dangerously negligent and invasive medical care.** D.P.D. Officer wolford #16029 telling me he also is a paramedic, caused himself to believe it was alright to help paramedic analaura lenz violate U.S.14th amendment.

THOMAS-4D

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✗ Yes —No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: Kenneth Thomas

2. Docket number and court name: 19:cv-02900-LTB-GPG

3. Claims raised in prior lawsuit: Forth Amendment

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): Dismissed

5. If the prior lawsuit was dismissed, when was it dismissed and why? 3/25/20 failure ro leave forwarding address

6. Result(s) of any appeal in the prior lawsuit: N/A

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   — Yes  XX No  (CHECK ONE).

2. Did you exhaust available administrative remedies?   — Yes XX No (CHECK ONE).

(Rev. 1/30/07)                    7

THOMAS 4D

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

(DANGEROUSLY NEGLIGENT INVASIVE MEDICAL CARE)
**(EXCESSIVE FORCE) (ADMINISTRATION OF VOLUNTARY MEDICATION) (14th AMENDMENT OF THE U.S. CONSTITUTION, TO BE SECURE IN MY BODILY INTEGRITY, AND RIGHTS TO REFUSE IV FLUIDS)**

1.) On September 13th, 2019 I was tortured while in the Denver Health hospital (ambulance#51) by paramedic analaura lenz and! I suffered major damage emotionally from the punishment inflicted upon me for exercising my Constitutional right to refuse proffered medical care (that is IV fluids) under the 14th Amendment of the U.S. U.S.C.A. § 523(a)(6) as a willful and malicious injury, courts have stated that a "willful" injury is one that is deliberate or intentional.

2.) I request punitive damages from Denver health hospital paramedic analaura lenz and against Denver health hospital chief medical officer Connie Price as she promulgated that unconstitutional policy for analaura lenz to practice, and the Denver Health hospital entity itself who employs both these defendants. The Denver police Department entity as it employs, Denver police officer Jacob Wolford #16029 who assisted paramedic analaura lenz to administer IV fluids in a Dangerous negligent invasive manner inside my neck. I demand relief for: $1,500,000 in punitive Damages. I have Constitutional protection of the U.S. 8th and 14th Amendment.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on _____
                    (Date)

_____
         (Prisoner's Original Signature)

(Rev. 1/30/07)                                  8



## POLICE DEPARTMENT
DENVER PUBLIC SAFETY

06/24/2020

Kenneth Thomas (4D 201-8-Upper)　　　　　　　　　　　RE: IAB Case Number P2019-0283
490 W. Colfax Ave
Denver, CO 80204

Dear Mr. Thomas,

The accusations in the attached letter that was sent to the Denver Police Department on June 21, 2020, were previously investigated in IAB case P2019-0283 in October of 2019. The below letter was sent to you on October 24, 2019 explaining the findings of the investigation. We will not be opening another investigation into your claims. If you have any further questions, please contat the Office of Independent Monitor at 720-913-3306.

Sincerely,

*Steve Addison*

Lt Steve Addison, Lieutenant
Internal Affairs Bureau



10/24/2019

Kenneth Thomas
490 W. Colfax Ave　　　　　　　　　　　　　　　　　　RE: IAB Case Number P2019-0283


A complaint regarding you was received by the Denver Police Internal Affairs Bureau on October 7th, 2019 and assigned to Sergeant Brian Pacelko for follow-up investigation.

In the complaint you allege that when you were arrested on September 13th, 2019 the arresting officers used inappropriate force to take you into custody, damaged your headphones and stuck a syringe in your neck in the back of an ambulance.

This case has been fully investigated and based on the following facts; this case has been declined for further review by the Denver Police Department.

- The incident in question was captured on multiple officer's body worn cameras and three high activity location observation cameras. None of the videos shows any officer acting inappropriately

Police Department, Department of Public Safety
1331 Cherokee St | Denver CO 80204
www.denvergov.org/police
p 720.913.6019 | f. 720.913.7042

311 · POCKETGOV.COM | DENVERGOV.ORG   DENVER 8 TV

- The officers body worn camera shows them attempt to contact you in a parking lot 1438 Tremont Place for trespassing. The property owner has signed a "No Trespass Agreement" with the Denver Police Department. This agreement gives officers permission to contact and determine if parties in the parking lot are there for legitimate reasons. The agreement also gives Denver Police Officers permission to arrest anyone on scene without a legitimate reason for trespassing.

- On September 13th, 2019 the officers were conducting a premise check when they observed you and a female sitting in the parking lot. As one of the officers approached, the female concealed something. The officer's intent was to identify who you and the female were and determine if you had a legitimate reason for being in the lot.

- When the officer initially contacted you, you tried to walk away. He ordered you to stop and sit down and you began to comply. You then stood up quickly, ran away and fled from the scene on a bicycle. Officers followed you in their fully marked Denver Police Department motorcycles with emergency lights and sirens activated.

- You continued to flee displaying defensive resistance and crashed your bicycle into a stationary object at 17th St. and Tremont St. After the crash you continued to flee across the street on foot to evade capture. The first officer observed you approaching the driver's side door of an occupied vehicle. The officer believed you were going to try and enter the car and steal it. The officer took you to the ground and with the help of a second officer you were handcuffed and taken into custody.

- The officers immediately realized that you were injured during the incident and called for an ambulance to respond to provide treatment. Your injuries to your face may have occurred when you struck the stationary object or when you were taken to the ground. This also may have been when your headphones were damaged. None of the officers damaged your property intentionally or recalls seeing the headphones. The injuries to your face are a direct result of your failure to submit to arrest.

- While you were in the back of the Denver Health Medical Center ambulance you were uncooperative and physically fought the medics and made attempts to get out of the restraints. In order for them to provide you adequate care they had to sedate you with the medication Versed. This medication is delivered through a syringe. No Denver Police Officer stuck a syringe in your neck.

- The Denver District Attorney's Office reviewed this matter on October 15th, 2019 and has declined any criminal prosecution.

- Based on our review, there is no evidence found to support your allegations against the officer. Further, there is no reason to suspect that the officer violated any department policy or acted in such a manner that would be considered inconsistent with his training.

We regret that you had a negative experience relating to this incident. If you have further questions or concerns, please feel free to contact the Office of Independent Monitor at 720-913-3306.

Sincerely,

*Rick Bridges*
Rick Bridges, Lieutenant
Internal Affairs Bureau

- 2 -

Page __ of __ Pages                           GO/CAD No __19-586440__

## Denver Police Department
## STATEMENT

| Name (Last, First, Middle Initial) | | | Person Making Statement Is | | | |
|---|---|---|---|---|---|---|
| LENZ, ANALAURA | | | ☐ Officer  ☒ Witness  ☐ Person Advised | | | |
| Residence Street Address | | | City | County | State | Zip Code |
| 601 BROADWAY | | | DENVER | DENVER | CO | 80204 |
| Residence Phone | Business Phone | | Social Security No | | Date of Birth / Serial No | |
| (303) 602-2500 | ( — ) — | | | | 17041 | |
| Business Street Address | | | City | County | State | Zip Code |
| | | | | | | |
| Officer Taking Statement | | Serial No | Date | | Time | |
| L. PAULSEN | | 05045 | 091319 | | 1910 Hours | |
| Concerning an Incident occurring at | | | Location of Where Statement was Taken | | | |
| 17th ST / MARKET PL | | | DHMC | | | |

Summary of Statement: DISPATCHED EMERGENT TO THE SCENE OF A POSSIBLE HEAD INJURY. ON ARRIVAL, MADE CONTACT WITH A 55 Y/O O/P WHO REFUSED TO COOPERATE. WHILE ATTEMPTING TO LAY HIM ON THE COT AND RESTRAIN HIM PT PHYSICALLY FOUGHT EMS BY REFUSING TO LAY DOWN AND ATTEMPTING TO GET OUT OF RESTRAINTS. SEVERAL ATTEMPTS WERE MADE FOR AN IV DUE TO PT BEING UNCOOPERATIVE. HE WAS GIVEN A TOTAL OF 5MG OF VERSED (2 DOSES OF 2.5) IN ORDER TO EFFECTIVELY SEDATE HIM

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked

__9__ / __13__ 20__19__
Date

__7:12__ ☐ am ☒ pm
Time Statement Completed

Signature of Person Making Statement



Sept 10th 2021

To Clerk of the Court,

Please submit (this Action), Its the same as the one I mailed Last night, X-cept, I just got it typed up and more proffessional as a pro-se Non-convicted detainee.

I request you return the other (Action) and submit the typed up one thank you so much.

Derrick Michael [signature]