IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 1:21-cv-02519-RM-NRN

KENNETH MICHAEL THOMAS,

    Plaintiff,

v.

ANALAURA LENZ,
CONNIE PRICE, and
JACOB WOLFORD,

    Defendants.

## ORDER

This matter is before the Court on the recommendation of United States Magistrate Judge N. Reid Neureiter (ECF No. 68) to dismiss this case without prejudice for failure to prosecute, failure to appear, and failure to comply with court orders. *See* Fed. R. Civ. P. 16(f); Fed R. Civ. P. 37(b)(2)(A)(v); Fed. R. Civ. P. 41(b); D.C.COLO.LCivR 41.1. The Court accepts and adopts the recommendation, which is incorporated into this order by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The recommendation advised Plaintiff that specific written objections were due within fourteen days after being served a copy of the recommendation. The deadline for responding to the recommendation has come and gone without a response from Plaintiff.

"In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991). Because Plaintiff is proceeding pro se, the magistrate judge

liberally construed his pleadings.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972).  But after filing this lawsuit in September 2021, Plaintiff failed to file any responses to four Motions to Dismiss, filed by the defendants and he failed to appear for a telephonic motions hearing in March 2022, despite having been present (by telephone) at a status conference when the hearing was set.  He also failed to respond to the magistrate judge's order to show cause (ECF No. 66) why this case should not be dismissed for his failure to comply with court orders and for his failure to prosecute this case.

The Court concludes the magistrate judge's analysis was sound and discerns no clear error on the face of the record.  Accordingly, the Court ACCEPTS and ADOPTS the recommendation (ECF No. 68) and the case is DISMISSED WITHOUT PREJUDICE.  The Clerk is directed to CLOSE this case.

DATED this 8th day of April, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge